the court at a Trial Term. The action was to recover for an alleged breach of a building contract in that defendant refused to make certain progress payments as requested by the contractor. The contract was for the completing and finishing in accordance with the original plans and specifications of a school building, the original contract for which had been declared abandoned. The contractor contended that he was entitled to fourteen progress payments as provided in the original contract but defendant argued that nine payments had already been made to the original contractor so that he was only entitled to five.

*M. Carl Levine* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien* and *Elliot S. Benedict* of counsel), for respondent.

Judgment affirmed, with costs: no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.

---

JAMES F. DALEY, Respondent, *v.* DYER B. TALLEY, Appellant.

*Negligence — malpractice — dentists — action to recover for improper dental treatment.*

*Daley* v. *Talley*, 214 App. Div. 755, affirmed.

(Argued March 2, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 5, 1925, affirming a judgment in favor of plaintiff entered upon a verdict. The action was for malpractice. The complaint alleged that plaintiff employed the defendant, as a dentist, to extract a certain tooth and the defendant undertook, as such dentist, to extract such tooth with the necessary and proper skill in extracting the same and thereafter caring for the plaintiff's mouth and jaw; that thereupon the defendant extracted said tooth, but did not thereafter properly treat plaintiff's mouth and jaw, or properly wash out the cavity nor properly treat the same and by reason

thereof plaintiff's jaw and mouth became greatly infected. The answer admitted the employment and denied the other allegations of the complaint.

*George H. Bond* for appellant.

*Frank J. Cregg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE S. VAN DER WERKEN, Appellant.

*Crimes — officers — making or giving false certificate — judgment of conviction affirmed.*

*People* v. *Van Der Werken*, 215 App. Div. 721, affirmed.

(Argued March 3, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 13, 1925, which affirmed a judgment of the Supreme Court rendered at a Trial Term for the county of Nassau, upon a verdict convicting the defendant of a violation of section 1861 of the Penal Law in that he, as a public officer, being authorized by law to make or give a certificate or other writing, knowingly made and delivered as true such a certificate containing a statement which he knew to be false.

*Henry A. Uterhart, Alfred M. Schaffer* and *Peter P. Smith* for appellant.

*Albert Ottinger, Attorney-General (Kenneth M. Spence* and *Robert S. Johnstone* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.